UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number: 11-43191 JHW

Debtor: Gayle D. & John D. Beck

| Check Number | Creditor | Amount |
|---|---|---|
| 1821401 | Bank of America, N.A. | 1104.85 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  October 7, 2013